## Commonwealth *v.* Gehres, Appellant.

Submitted June 9, 1975. *Thomas S. McCready,* Public Defender, for appellant; *James A. Wimmer,* Assistant District Attorney, and *John Deutsch,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Gibson, Appellant.

Submitted March 17, 1975. *Robert M. Davison,* for appellant; *Nicholas M. Zanakos,* Assistant District Attorney, and *Charles H. Spaziani,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.